## No. 5.

### HALL & CO. against DOWNS ET AL. *Franklin,* 1816.

WHERE the verdict is manifestly contrary to law, a new trial will be granted.

Any plea, to an action on book, which, in its effects, necessarily puts in issue a fact, to which it is competent for the plaintiff to testify, before auditors, and by which plea the burden of proof is cast on the plaintiff, is bad.